

KLEIN
ZELMAN
ROTHERMEL
JACOBS &
SCHESS LLP

JESSE GRASTY
E-MAIL ADDRESS: JGRASTY@kleinzelman.com

August 16, 2018

<u>VIA ELECTRONIC FILING</u>

Hon. Gary R. Brown
United States Magistrate Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re:   **Kenneth Kuck, et al. v. Planet Home Lending, LLC and Michael Dubeck
      Civil Action No. 2:17-cv-04769-ADS-GRB**

Dear Judge Brown:

      This firm represents the Defendants in the above referenced action. We write to seek clarity regarding the Parties' Stipulated Notice of Collective Action lawsuit filed by Plaintiffs on August 14, 2018 (the "Notice", Docket Entry #53-1). Specifically, we want to know whether, in light of the Court's July 16, 2018 Order, Plaintiffs should wait to distribute the Notice until / unless the Court approves the Notice, or whether Plaintiffs may distribute the Notice without Court approval because it has been stipulated between the parties.

      Thank you for your consideration.

                                    Respectfully submitted,

                                    /s/ Jesse Grasty

                                    Jesse Grasty

cc: All counsel of record (via ECF)