IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
CLERK

9:45 am, May 14, 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

| | |
|---|---|
| KENNETH KUCK, and ANTHONY JULIANO, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLANET HOME LENDING, LLC and MICHAEL DUBECK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:17-cv-04769-ADS-GRB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

On May 9, 2019, the parties filed a motion for preliminary approval of a class and collective action settlement. The Court has considered the Settlement Agreement, its corresponding exhibits, the Notices of Settlement, applicable Opt-Out Form, along with the submissions of counsel, and hereby finds and orders as follows:

1. Unless otherwise defined herein, all terms used in this Order (the "Preliminary Approval Order") will have the same meaning as defined in the Settlement Agreement.

2. The Court finds on a preliminary basis that the settlement memorialized in the Settlement Agreement, and filed with the Court, falls within the range of reasonableness and, therefore, meets the requirements for preliminary approval.

3. Preliminary approval of the Parties' Class and Collective Action Settlement is granted.

4. The Court certifies the following for purposes of the Parties' settlement:

    a. A Collective consisting of all individuals who worked for Planet as Retail Retention MLOs (sometimes referred to as Mortgage Loan Originators, or Mortgage Loan Officers) in Planet's Melville, New York and/or Tampa, Florida premises at any

      time between August 13, 2015 and the present and Amanda Serravite and Justin Cloonen (the "FLSA Collective); and

  b. A Class consisting of all individuals who worked for Planet as Retail Retention MLOs (sometimes referred to as Mortgage Loan Originators, or Mortgage Loan Officers) in Planet's Melville, New York premises at any time between August 13, 2011 and the present and Amanda Serravite (the "New York Class").

5.    Stephan Zouras, LLP and The Law Offices of Erik H. Langeland are appointed as Class Counsel.

6.    The Court approves Atticus Administration, LLC as Settlement Administrator to perform duties in accordance with the terms of the Settlement Agreement and the plan of settlement administration therein.

7.    The Notices of Settlement are hereby found to be the best practicable means of providing notice of the settlement under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement and of the Final Approval Hearing to all persons affected by and/or entitled to participate in the settlement, in full compliance with the notice requirements of Fed. R. Civ. Pro. 23, Section 216(b) of the FLSA, due process, the Constitution of the United States, the laws of the State of New York, and all other applicable laws.  The Notices of Settlement are accurate, objective, and informative, and provide FLSA Collective and New York Class members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

8.    The Notices of Settlement, applicable Opt-Out Form, and other documents attached to the Settlement Agreement as Exhibits A—E, are approved.  The Settlement Administrator is authorized to mail those documents to the Settlement Class Members as provided in the Settlement Agreement.

9. Any written objection to the settlement must be submitted to the Court no later than forty-five (45) days after the Notice Materials are mailed to the Settlement Class Members.

10. The Court preliminarily approves an award of attorneys' fees to Class Counsel in the amount of $165,000.00, litigation costs not to exceed $17,000.00, settlement administration expenses of $6,000.00, and service awards in the amount of $7,500.00 to each of the Named Plaintiffs.

11. In the event that the Effective Date does not occur, the Settlement and the Settlement Agreement shall be deemed null and void and shall have no effect whatsoever.

12. The Court will conduct a Final Approval Hearing on September 13, 2019 at 9:00 AM to determine the overall fairness of the settlement. The Final Approval Hearing may be continued without further notice to Settlement Class Members. The Parties shall file a joint motion for final approval of the settlement, and Class Counsel shall submit their unopposed motion for attorneys' fees and costs, settlement administration expenses, and service awards on or before September 6, 2019.

**IT IS SO ORDERED**

Dated:   May 14, 2019                                          /s/ Arthur D. Spatt